# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 06-2280

———————

United States of America,            *
                                     *
            Plaintiff - Appellee,    *
                                     *   Appeal from the United States
      v.                             *   District Court for the Northern
                                     *   District of Iowa.
Alton J. Easley,                     *
                                     *   [UNPUBLISHED]
            Defendant - Appellant.   *

———————

Submitted: November 14, 2006
Filed:  February 26, 2007

———————

Before BYE, GIBSON, and GRUENDER, Circuit Judges.

———————

PER CURIAM.

Alton J. Easley appeals the district court's[1] order denying his motion to suppress evidence seized from his person during two unrelated searches. After carefully reviewing the record and the parties' briefs, we affirm for the reasons stated in the magistrate judge's thorough and well-reasoned report and recommendation which was adopted by the district court. See 8th Cir. R. 47B.

---

[1]The Honorable Mark W. Bennett, Chief Judge for the United States District Court for the Northern District of Iowa, adopting the report and recommendation of the Honorable Paul A. Zoss, United States Magistrate Judge for the Northern District of Iowa.